JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT IBARRA, an individual; and DUSTIN WALL, an individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>SMG HOLDINGS INC. dba GREEK THEATRE, a Delaware Corporation; UTP PRODUCTIONS, INC., a Utah Corporation; and DOES 1 to 100, inclusive<br><br>    Defendants. | Case No. 2:21-cv-6959- RSWL-MAR<br><br>[*Assigned to Hon. R. Gary Klausner*]<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br>[31]<br><br>Action Filed:    October 1, 2020 |

///
///
///

## ORDER

The Court has reviewed the Joint Stipulation Requesting Voluntary Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiffs ALBERT IBARRA, and DUSTIN WALL ("Plaintiffs") and Defendants SMG HOLDINGS INC. dba GREEK THEATRE, and UTP PRODUCTIONS, INC. ("Defendants") (collectively, the "Parties").

GOOD CAUSE APPEARING, the Parties' Stipulation requesting dismissal of this entire action with prejudice is hereby GRANTED, each party to bear their own attorneys' fees and costs. The case is hereby dismissed in its entirety and with prejudice as to Plaintiffs' claims against Defendants.

**IT IS SO ORDERED.**

Dated: _10/18/2023_     _/s/ Gary Klausner_
HON. JUDGE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE